[No. 9372–7–III.   Division Three.   June 14, 1990.]

SEATTLE–FIRST NATIONAL BANK, N.A., *Respondent,* v.
CASCADE LUMBER BUILDING CENTER COMPANY, INC.,
ET AL, *Defendants,* RODNEY G. ROSS,
ET AL, *Respondents,* CLARENCE N.
CORBIN, ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–2–01582–2, Cameron K. Hopkins, J., entered May 27, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 10016–2–III.   Division Three.   June 14, 1990.]

*In the Matter of the Marriage of* DAVID L. OEHLERICH,
*Respondent, and* LYNN M. OEHLERICH,
*Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86–3–00957–7, Heather Van Nuys, J., entered April 14, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 23734–9–I.   Division One.   June 18, 1990.]

STEVEN JAMES THOMAS, *Appellant,* v. DAVID PECK,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–18559–3, Jim Bates, J., entered April 25, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Scholfield, J.